# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00748-CV

**Carlos Vasquez-Hernandes, Appellant**

**v.**

**Elodia Vasquez, Appellee**

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT NO. 02-1034-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

By letter, appellant Carlos Vasquez-Hernandes informs this Court that he wants to Awithdraw[] from the appeal.@ Accordingly, we will dismiss the appeal.

The appeal is dismissed.  *See* Tex. R. App. P. 42.1(a)(2).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant=s Motion

Filed:   February 21, 2003